# Exhibit 2

OFAC
Office of Foreign Assets Control

# License Application

*Reference Number:* *LG600*

Generated on 5/10/2022

## Application Information

**Application Type:** Release Of Blocked Funds
**Blocked Amount:** 606462.12
**Currency Type:** USD
**Date Blocked:** 3/31/2022
**Application Reason:** New Application
**Category:** Wire Transfer
**Program(s):** Russia - Executive Order 14024
**Previous Case ID:**
**Description of Subject Matter:**
Blocked funds

## Contact Information

### Applicant

**Contact Category:** Institution
**Organization Name:** Global Trade and Service, Inc.
**Point of Contact Name:**
**Address:** **Line1:** 1600 Sheepshead Bay Road
**Line2:** Suite 100
**Line3:**
**City:** Brooklyn **State:** NY
**Zip:** 11235 **Country:** United States
**Email Address:** [redacted]
**Phone:** **Office:**
**Mobile:** 917-6854111
**Fax:**
**Principal Place of Business:** Brooklyn
**Place where Business is Incorporated:** NY, USA

### Correspondent

**Contact Category:** Person
**First Name:** Igor **Middle Name:** **Last Name:** Masnikov
**Address:** **Line1:** 1600 Sheepshead Bay Road
**Line2:** Suite 100
**Line3:**
**City:** Brooklyn **State:** NY
**Zip:** 11235 **Country:** United States
**Email Address:** [redacted]
**Phone:** **Office:**
**Mobile:** [redacted]
**Fax:**
**Principal Place of Business:** Brooklyn
**Place where Business is Incorporated:** NY, USA

### Financial Blocked Funds

**Contact Category:** Institution
**Organization Name:** TD Bank
**Point of Contact Name:** Nyaisha Blackwell-Constantino
**Address:** **Line1:** 6000 Atrium Way
**Line2:**
**Line3:**
**City:** Mt. Laurel **State:** NJ
**Zip:** 08054 **Country:** United States
**Email Address:**
**Phone:** **Office:** 212-0000000
**Mobile:**

**Fax:**
**Principal Place of Business:**
**Place where Business is Incorporated:**

## Remitter

**Contact Category:** Institution
**Organization Name:** Lubri Group LLC
**Point of Contact Name:**
**Address:** **Line1:** Ul. Bolshaya Ochakovskaya D.47A
**Line2:**
**Line3:**
**City:** Moscow **State:** Russia
**Zip:** 119361 **Country:** Russia (Russian Fed.)
**Email Address:** [redacted]
**Phone:** **Office:**
**Mobile:**
**Fax:**
**Principal Place of Business:** Russia
**Place where Business is Incorporated:** Russia

## Remitting Financial Institution

**Contact Category:** Institution
**Organization Name:** Alfa Bank
**Point of Contact Name:** NA NA
**Address:** **Line1:** 27 Kalanchevskaya str
**Line2:**
**Line3:**
**City:** Moscow **State:** Russia
**Zip:** 107078 **Country:** Russia (Russian Fed.)
**Email Address:**
**Phone:** **Office:** 7495-6209191
**Mobile:**
**Fax:**
**Principal Place of Business:**
**Place where Business is Incorporated:**

## Intermediary Financial Institution

**Contact Category:** Institution
**Organization Name:** Chase Bank
**Point of Contact Name:** NA NA
**Address:** **Line1:** NA
**Line2:**
**Line3:**
**City:** NY **State:** NY
**Zip:** 10019 **Country:** United States
**Email Address:**
**Phone:** **Office:**
**Mobile:**
**Fax:**
**Principal Place of Business:**
**Place where Business is Incorporated:**

## Beneficiary

**Contact Category:** Institution
**Organization Name:** Global Trade and Service, inc
**Point of Contact Name:**
**Address:** **Line1:** 1600 Sheepshead Bay Road
**Line2:** Ste 100
**Line3:**
**City:** Brooklyn **State:** NY
**Zip:** 11235 **Country:** United States

**Email Address:** [redacted]
**Phone:** **Office:** [redacted]
**Mobile:**
**Fax:**
**Principal Place of Business:**
**Place where Business is Incorporated:**

## Beneficiary Financial Institution

**Contact Category:** Institution
**Organization Name:** TD Bank
**Point of Contact Name:** Nyaisha Blackwell-Constantino
**Address:** **Line1:** 6000 Atrium Way
**Line2:**
**Line3:**
**City:** Mt. Laurel **State:** NJ
**Zip:** 8054 **Country:** United States
**Email Address:**
**Phone:** **Office:** 866-475262
**Mobile:**
**Fax:**
**Principal Place of Business:**
**Place where Business is Incorporated:**

# Attachments

| **Name** | **Document Type** |
|---|---|
| Contract | Supplemental Information |
| Swift | Supplemental Information |
| Invoices | Supplemental Information |
| additional | Supplemental Information |

# Certification

**Signature:** Igor Masnikov **Date:** 5/10/2022
**Email Address:** [redacted]

**ADDITION AGREEMENT №6**
**October 25, 2021**

**TO THE CONTRACT № 1-08/18GTS**
**from August 02, 2018**

Company "Global Trade and Service, Inc" (the United States of America), hereinafter referred to as "the SUPPLIER", represented by President Anna Barac, on the one hand,
and LLC "Lubri Group" (the Russian Federation), hereinafter referred to as "the BUYER", represented by General Director Fayngold Dmitry, acting under the Articles of association, on the other hand, jointly referred to as the Parties, came to an agreement to amend the terms and conditions, the points are indicated below under Contract № 1-08/18GTS of August 02, 2018 in the following wording:

**2.2.** The total amount of this Contract is composed of the amount of 20 000 000,00 USD (Twenty million US dollars) for supplies in USD and 1 000 000,00 EUR (one million Euros) for supplies in EUR. The amount of Contract may be increased based on the Appendices.

**16.8.** The Contract shall become effective from the date of signing hereof and remain in force till December «31», 2022. However, early termination of this Contract shall be acceptable upon written application of either Party addressed to other Party in case if:

- either Party violates its obligations under this Contract and such violations remain uncorrected by such Party within 60 (sixty) days from the date of written request of the other Party to correct violations;

- other Party becomes bankrupt or special administrator, liquidation trustee, liquidator or similar person was appointed for it;

- an owner of other Party was changed by way of merger, acquisition or foundation of a joint venture.

**ДОПОЛНИТЕЛЬНОЕ СОГЛАШЕНИЕ №6**
**25 Октября 2021г.**

**К КОНТРАКТУ № 1-08/18GTS**
**от 02 Августа 2018г.**

Компания «Глобал Трейд энд Сервис, Инк» (Соединенные Штаты Америки), именуемая в дальнейшем "ПОСТАВЩИК", в лице Президента Анны Барак, с одной стороны,
и ООО «Лубри Груп» (Российская Федерация), именуемое в дальнейшем "ПОКУПАТЕЛЬ", в лице Генерального Директора Дмитрия Файнгольда, действующего на основании Устава, с другой стороны, совместно именуемые Стороны,
пришли к соглашению изложить нижеследующие пункты Контракта № 1-08/18GTS, от 02 Августа 2018 года в следующей редакции:

**2.2.** Общая сумма настоящего Контракта складывается из суммы 20 000 000.00 долларов США (Двадцать миллионов долларов США) по поставкам в USD и 1 000 000.00 (один миллионов евро) по поставкам в EUR. Сумма Контракта может быть увеличена на основании Приложений.

**16.8.** Контракт вступает в силу с момента его подписания и до «31» декабря 2022 года. Однако, досрочное расторжение настоящего Контракта допускается по письменному заявлению одной из Сторон направленному другой Стороне в случае, если:

- одна из Сторон нарушает свои обязательства по настоящему Контракту и если эти нарушения не были устранены этой Стороной в течение тридцати 60 (шестидесяти) дней с момента письменного требования другой Стороны об устранении нарушений;

- другая Сторона становится несостоятельной, или ей назначен временный управляющий, конкурсный управляющий, ликвидатор или аналогичное лицо;

- произошла смена собственника другой Стороны в результате слияния, поглощения или создания совместного предприятия

**The SUPPLIER**

Global Trade and Service, Inc

1600 Sheepshead Bay Road,
Suite 100, Brooklyn, NY 11235
TD Bank
2700 Coney Island Avenue
Brooklyn, NY 11235
Tel. [redacted]
ABA 026013673
Account [redacted]

**ПОСТАВЩИК**

Глобал Трейд энд Сервис, Инк

1600 Шипшед Бэй Род,
Сьют 100, Бруклин, Нью Йорк 11235
ТД Банк
2700 Кони Айлэнд Авеню
Бруклин, Нью Йорк 11235
Тел. [redacted]
ABA 02013673
Счёт: [redacted]

**The BUYER**

LUBRI GROUP LLC

UL. OCHAKOVSKAYA B.,D. 47A,C.1,P.12
MOSCOW, RUSSIA

Bank : AO «ALFA-BANK»
SWIFT: ALFARUMM

27 Kalanchevskaya str., Moscow, 107078

BIC 044525593
acc. No (USD): [redacted]

**ПОКУПАТЕЛЬ**

ООО "ЛУБРИ ГРУП"

119361,г. Москва, , ул. Большая Очаковская,
д.47А, строение 1, этаж 6, помещение 12

ИНН: 9729273210
ОГРН: 1187746657669

Счёт в Долл. США: [redacted]
В АО «АЛЬФА-БАНК»
РФ, Москва, 107078, ул.Каланчевская 27
SWIFT: ALFARUMM

**The SUPPLIER**

President Anna Barac

**ПОСТАВЩИК**

Президент Анна Барак

**The BUYER**

General Director
Fayngold Dmitry

**ПОКУПАТЕЛЬ**

Генеральный директор
Дмитрий Файнгольд

**INVOICE No:** LG/21-115

**DATE** January 10, 2022

**Seller:**

GLOBAL TRADE AND SERVICE
1600 Sheepshead Bay Road, Suite 100
Brooklyn, NY 11235

**Buyer/Consignee:**

LUBRI GROUP LLC
Ul. Ochakovskaya B., D.47A
C.1, P.12, Moscow, Russia
Tel: [redacted]

**Contract No:** 1-08/18GTS August 2, 2018
**Terms of Delivery:** CPT St. Petersburg
**Container No:** FSCU9574122

| Description | Product code | Country of origin | Unit per package | Packages | NET weight (KG) | GROSS weight (KG) | Price per package USD | Amount USD |
|---|---|---|---|---|---|---|---|---|
| ATF D3M (20 l) PAIL | ATFD3MP20 | CA | 1 | 64 | 1 094,40 | 1 185,28 | [redacted] | [redacted] |
| DURADRIVE MV SYNTHETIC ATF (205 l) DRUM | DDMVATFDRM | CA | 1 | 4 | 698,48 | 770,64 | [redacted] | [redacted] |
| DURON HP 15W-40 (20 l) PAIL | DHP15P20 | CA | 1 | 62 | 1 080,17 | 1 168,21 | [redacted] | [redacted] |
| DURON HP 15W-40 (205 l) DRUM | DHP15DRM | CA | 1 | 16 | 2 857,21 | 3 145,85 | [redacted] | [redacted] |
| DURON SHP 10W-30 (20 l) PAIL | DSHP13P20 | CA | 1 | 64 | 1 104,26 | 1 195,14 | [redacted] | [redacted] |
| DURON SHP 10W-30 (205 l) DRUM | DSHP13DRM | CA | 1 | 20 | 3 537,07 | 3 897,87 | [redacted] | [redacted] |
| DURON UHP 10W-40 (205 l) DRUM | DUHP14DRM | CA | 1 | 4 | 706,76 | 778,92 | [redacted] | [redacted] |
| ENDURATEX EP 150 (20 l) PAIL | ENT150P20 | CA | 1 | 16 | 282,24 | 304,96 | [redacted] | [redacted] |
| HYDREX AW 32 (205 l) DRUM | HDXAW32DRM | CA | 1 | 4 | 704,47 | 776,63 | [redacted] | [redacted] |
| HYDREX MV ARCTIC 15 (205 l) DRUM | HDXAR15DRM | CA | 1 | 12 | 2 056,56 | 2 273,04 | [redacted] | [redacted] |
| PEERLESS LLG (17 kg) PAIL | PLLLGP17 | CA | 1 | 12 | 204,00 | 219,71 | [redacted] | [redacted] |
| SENTRON LD 5000 (205 l) DRUM | STN5LDDRM | CA | 1 | 12 | 2 161,61 | 2 378,09 | [redacted] | [redacted] |
| SUPREME 5W-30 (205 l) DRUM | MOSP53DRM | CA | 1 | 4 | 700,12 | 772,28 | [redacted] | [redacted] |
| SUPREME 5W-30 (4x5 l) CASE | MOSP53C20 | CA | 4 | 60 | 1 024,56 | 1 126,56 | [redacted] | [redacted] |
| SUPREME SYNTHETIC 0W-30 (4x5 l) CASE | MOSYN03C20 | CA | 4 | 40 | 674,16 | 730,96 | [redacted] | [redacted] |
| SUPREME SYNTHETIC 5W-30 (4x4 l) CASE | MOSYN53C16 | CA | 4 | 60 | 810,72 | 888,72 | [redacted] | [redacted] |
| SUPREME SYNTHETIC 5W-30 (4x5 l) CASE | MOSYN53C20 | CA | 4 | 60 | 1 013,40 | 1 115,40 | [redacted] | [redacted] |
| TRAXON XL SYNTHETIC BLEND 75W-90 (205 l) DRUM | TRXL759DRM | CA | 1 | 4 | 713,16 | 785,32 | [redacted] | [redacted] |
| TRAXON XL SYNTHETIC BLEND 75W-90 (4x4 l) CASE | TRXL759C16 | CA | 4 | 40 | 556,61 | 608,61 | [redacted] | [redacted] |
| PALLET | | | 36 | | | 676,81 | [redacted] | [redacted] |
| | | | TOTAL: | 558 | 21 979,96 | 24 799,00 | [redacted] | [redacted] |

**Terms of payment:** PAYMENT TILL April 4, 2022

**Bank details:** GLOBAL TRADE AND SERVICE, 1600 Sheepshead Bay Road, Suite 100, Brooklyn, NY 11235
TD Bank, 2700 Coney Island Avenue, Brooklyn, NY 11235, Tel. 718.616.2200, ABA 026013673

**INVOICE No:** LG/21-116

**DATE** January 1, 2022

**Seller:**

GLOBAL TRADE AND SERVICE
1600 Sheepshead Bay Road, Suite 100
Brooklyn, NY 11235

**Buyer/Consignee:**

LUBRI GROUP LLC
Ul. Ochakovskaya B., D.47A
C.1, P.12, Moscow, Russia
Tel: [redacted]

**Contract No:** 1-08/18GTS August 2, 2018
**Terms of Delivery:** CPT St. Petersburg
**Container No:** HLBU3321117

| Description | Product code | Country of origin | Unit per package | Packages | NET weight (KG) | GROSS weight (KG) | Price per package USD | Amount USD |
|---|---|---|---|---|---|---|---|---|
| ATF D3M (20 l) PAIL | ATFD3MP20 | CA | 1 | 64 | 1 094,40 | 1 185,28 | [redacted] | |
| DURADRIVE MV SYNTHETIC ATF (12x1 l) CASE | DDMVATFC12 | CA | 12 | 96 | 981,28 | 1 078,33 | | |
| DURON HP 15W-40 (20 l) PAIL | DHP15P20 | CA | 1 | 58 | 1 010,48 | 1 092,84 | | |
| DURON UHP 0W-30 (205 l) DRUM | DUHP03DRM | CA | 1 | 4 | 692,25 | 764,41 | | |
| DURON UHP 10W-40 (20 l) PAIL | DUHP14P20 | CA | 1 | 64 | 1 103,24 | 1 194,12 | | |
| DURON UHP 10W-40 (205 l) DRUM | DUHP14DRM | CA | 1 | 20 | 3 533,79 | 3 894,59 | | |
| DURON UHP 5W-40 (4x4 l) CASE | DUHP54C16 | CA | 4 | 80 | 1 093,76 | 1 197,76 | | |
| HYDREX AW 32 (20 l) PAIL | HDXAW32P20 | CA | 1 | 16 | 274,92 | 297,64 | | |
| HYDREX AW 46 (20 l) PAIL | HDXAW46P20 | CA | 1 | 32 | 554,24 | 599,68 | | |
| HYDREX AW 46 (205 l) DRUM | HDXAW46DRM | CA | 1 | 12 | 2 130,36 | 2 346,84 | | |
| HYDREX XV ALL SEASON (205 l) DRUM | HDXASDRM | CA | 1 | 4 | 696,02 | 768,18 | | |
| PRODURO TO-4+ 10W (205 l) DRUM | PD410WDRM | CA | 1 | 4 | 701,92 | 774,08 | | |
| SENTRON LD 5000 (205 l) DRUM | STN5LDDRM | CA | 1 | 28 | 5 043,74 | 5 548,86 | | |
| SUPREME SYNTHETIC 5W-30 (12x1 l) CASE | MOSYN53C12 | CA | 12 | 144 | 1 459,30 | 1 604,88 | | |
| SUPREME SYNTHETIC 5W-30 (4x4 l) CASE | MOSYN53C16 | CA | 4 | 60 | 810,72 | 888,72 | | |
| TRAXON XL SYNTHETIC BLEND 75W-90 (205 l) DRUM | TRXL759DRM | CA | 1 | 4 | 713,16 | 785,32 | | |
| PALLET | | | 36 | | | 764,47 | | |
| | | | TOTAL: | 690 | 21 893,58 | 24 786,00 | | |

**Terms of payment:** PAYMENT TILL April 11, 2022

**Bank details:** GLOBAL TRADE AND SERVICE, 1600 Sheepshead Bay Road, Suite 100, Brooklyn, NY 11235
TD Bank, 2700 Coney Island Avenue, Brooklyn, NY 11235, Tel. 718.616.2200, ABA 026013673

GLOBAL TRADE AND SERVICE CORPORATE SEAL 2018 NEW JERSEY USA

**INVOICE No:** LG/21-117

**DATE** January 10, 2022

**Seller:**

GLOBAL TRADE AND SERVICE
1600 Sheepshead Bay Road, Suite 100
Brooklyn, NY 11235

**Buyer/Consignee:**

LUBRI GROUP LLC
Ul. Ochakovskaya B., D.47A
C.1, P.12, Moscow, Russia
Tel: [redacted]

**Contract No:** 1-08/18GTS August 2, 2018
**Terms of Delivery:** CPT St. Petersburg
**Container No:** HLXU5387297

| Description | Product code | Country of origin | Unit per package | Packages | NET weight (KG) | GROSS weight (KG) | Price per package USD | Amount USD |
|---|---|---|---|---|---|---|---|---|
| DURON 40 (205 l) DRUM | DUR4DRM | CA | 1 | 56 | 10 081,74 | 11 091,98 | [redacted] | [redacted] |
| SENTRON LD 5000 (205 l) DRUM | STN5LDDRM | CA | 1 | 40 | 7 205,34 | 7 926,94 | [redacted] | [redacted] |
| DURON UHP 10W-40 (205 l) DRUM | DUHP14DRM | CA | 1 | 12 | 2 120,28 | 2 336,76 | [redacted] | [redacted] |
| DURON 30 (205 l) DRUM | DUR3DRM | CA | 1 | 11 | 1 974,03 | 2 172,47 | [redacted] | [redacted] |
| SENTRON VTP 10W-40 (205 l) DRUM | STNF14DRM | CA | 1 | 2 | 351,83 | 387,91 | [redacted] | [redacted] |
| PALLET | | | 32 | | | 692,94 | [redacted] | [redacted] |
| | | | TOTAL: | 121 | 21 733,22 | 24 609,00 | [redacted] | [redacted] |

**Terms of payment:** PAYMENT TILL April 4, 2022

**Bank details:** GLOBAL TRADE AND SERVICE, 1600 Sheepshead Bay Road, Suite 100, Brooklyn, NY 11235
TD Bank, 2700 Coney Island Avenue, Brooklyn, NY 11235, Tel. 718.616.2200, ABA 026013673

GLOBAL TRADE AND SERVICE
CORPORATE SEAL 2018
NEW JERSEY
USA

**INVOICE No:** LG/21-118

**DATE** December 27, 2021

**Seller:**

GLOBAL TRADE AND SERVICE
1600 Sheepshead Bay Road, Suite 100
Brooklyn, NY 11235

**Buyer/Consignee:**

LUBRI GROUP LLC
Ul. Ochakovskaya B., D.47A
C.1, P.12, Moscow, Russia
Tel: [redacted]

**Contract No:** 1-08/18GTS August 2, 2018
**Terms of Delivery:** CPT St. Petersburg
**Container No:** FDCU0342934

| Description | Product code | Country of origin | Unit per package | Packages | NET weight (KG) | GROSS weight (KG) | Price per package USD | Amount USD |
|---|---|---|---|---|---|---|---|---|
| DURADRIVE MV SYNTHETIC ATF (205 l) DRUM | DDMVATFDRM | CA | 1 | 4 | 698,48 | 770,64 | [redacted] | [redacted] |
| DURON UHP 10W-40 (205 l) DRUM | DUHP14DRM | CA | 1 | 36 | 6 360,83 | 7 010,27 | [redacted] | [redacted] |
| DURON UHP 10W-40 (4x4 l) CASE | DUHP14C16 | CA | 4 | 40 | 551,62 | 603,62 | [redacted] | [redacted] |
| SENTRON LD 5000 (205 l) DRUM | STN5LDDRM | CA | 1 | 28 | 5 043,74 | 5 548,86 | [redacted] | [redacted] |
| SUPREME 5W-30 (4x5 l) CASE | MOSP53C20 | CA | 4 | 150 | 2 561,40 | 2 816,40 | [redacted] | [redacted] |
| SUPREME SYNTHETIC 5W-30 (4x5 l) CASE | MOSYN53C20 | CA | 4 | 120 | 2 026,80 | 2 230,80 | [redacted] | [redacted] |
| DURON SHP 10W-30 (205 l) DRUM | DSHP13DRM | CA | 1 | 19 | 3 360,22 | 3 702,98 | [redacted] | [redacted] |
| DURON HP 15W-40 (20 l) PAIL | DHP15P20 | CA | 1 | 16 | 278,76 | 301,48 | [redacted] | [redacted] |
| PALLET | | | 33 | | | 545,00 | [redacted] | [redacted] |
| | | | TOTAL: | 413 | 20 881,85 | 23 530,05 | [redacted] | [redacted] |

**Terms of payment:** PAYMENT TILL March 28, 2022

**Bank details:** GLOBAL TRADE AND SERVICE, 1600 Sheepshead Bay Road, Suite 100, Brooklyn, NY 11235
TD Bank, 2700 Coney Island Avenue, Brooklyn, NY 11235, Tel. 718.616.2200, ABA 026013673

[signature]

GLOBAL TRADE AND SERVICE
CORPORATE SEAL
2018
NEW JERSEY
USA

**INVOICE No:** LG/21-119

**DATE** December 27, 2021

**Seller:**

GLOBAL TRADE AND SERVICE
1600 Sheepshead Bay Road, Suite 100
Brooklyn, NY 11235

**Buyer/Consignee:**

LUBRI GROUP LLC
Ul. Ochakovskaya B., D.47A
C.1, P.12, Moscow, Russia
Tel: [redacted]

**Contract No:** 1-08/18GTS August 2, 2018
**Terms of Delivery:** CPT St. Petersburg
**Container No:** TCKU6811515

| Description | Product code | Country of origin | Unit per package | Packages | NET weight (KG) | GROSS weight (KG) | Price per package USD | Amount USD |
|---|---|---|---|---|---|---|---|---|
| DURON HP 15W-40 (205 l) DRUM | DHP15DRM | CA | 1 | 36 | 6 428,72 | 7 078,16 | [redacted] | |
| DURON SHP 10W-30 (205 l) DRUM | DSHP13DRM | CA | 1 | 40 | 7 074,14 | 7 795,74 | | |
| DURON UHP 0W-30 (205 l) DRUM | DUHP03DRM | CA | 1 | 4 | 692,25 | 764,41 | | |
| DURON UHP 10W-40 (4x4 l) CASE | DUHP14C16 | CA | 4 | 40 | 551,62 | 603,62 | | |
| HYDREX EXTREME (205 l) DRUM | HDXEXTDRM | CA | 1 | 4 | 698,56 | 770,72 | | |
| HYDREX XV ALL SEASON (205 l) DRUM | HDXASDRM | CA | 1 | 4 | 696,02 | 768,18 | | |
| PRECISION XL EP00 (17 kg) PAIL | PXL00P17 | CA | 1 | 48 | 816,00 | 878,84 | | |
| SUPREME 10W-30 (12x1 l) CASE | MOSP13C12 | CA | 12 | 24 | 248,15 | 272,41 | | |
| SUPREME 20W-50 (4x5 l) CASE | MOSP25C20 | CA | 4 | 12 | 208,71 | 229,11 | | |
| SUPREME SYNTHETIC 5W-30 (4x5 l) CASE | MOSYN53C20 | CA | 4 | 150 | 2 533,50 | 2 788,50 | | |
| SUPREME SYNTHETIC BLEND 2-STRK SML (12x1 l) CASE | TWOSTRC12 | CA | 12 | 192 | 1 952,64 | 2 146,76 | | |
| PALLET | | | 36 | | | 707,55 | | |
| | | | TOTAL: | 554 | 21 900,31 | 24 804,00 | | |

**Terms of payment:** PAYMENT TILL March 23, 2022

**Bank details:** GLOBAL TRADE AND SERVICE, 1600 Sheepshead Bay Road, Suite 100, Brooklyn, NY 11235
TD Bank, 2700 Coney Island Avenue, Brooklyn, NY 11235, Tel. 718.616.2200, ABA 026013673

GLOBAL TRADE AND SERVICE CORPORATE SEAL 2018 NEW JERSEY USA

**INVOICE No:** LG/21-120

**DATE** February 7, 2022

**Seller:**

GLOBAL TRADE AND SERVICE
1600 Sheepshead Bay Road, Suite 100
Brooklyn, NY 11235

**Buyer/Consignee:**

LUBRI GROUP LLC
Ul. Ochakovskaya B., D.47A
C.1, P.12, Moscow, Russia
Tel: [redacted]

**Contract No:** 1-08/18GTS August 2, 2018
**Terms of Delivery:** CPT St. Petersburg
**Container No:** OOCU8450010

| Description | Product code | Country of origin | Unit per package | Packages | NET weight (KG) | GROSS weight (KG) | Price per package USD | Amount USD |
|---|---|---|---|---|---|---|---|---|
| DURADRIVE MV SYNTHETIC ATF (205 l) DRUM | DDMVATFDRM | CA | 1 | 4 | 698,48 | 770,64 | [redacted] | [redacted] |
| DURATRAN (205 l) DRUM | DTRANDRM | CA | 1 | 4 | 702,01 | 774,17 | [redacted] | [redacted] |
| DURON HP 15W-40 (205 l) DRUM | DHP15DRM | CA | 1 | 6 | 1 071,46 | 1 179,70 | [redacted] | [redacted] |
| DURON SHP 10W-30 (20 l) PAIL | DSHP13P20 | CA | 1 | 32 | 552,13 | 597,57 | [redacted] | [redacted] |
| DURON UHP 10W-40 (205 l) DRUM | DUHP14DRM | CA | 1 | 40 | 7 067,58 | 7 789,18 | [redacted] | [redacted] |
| SENTRON LD 5000 (205 l) DRUM | STN5LDDRM | CA | 1 | 40 | 7 205,34 | 7 926,94 | [redacted] | [redacted] |
| SUPREME 5W-30 (4x5 l) CASE | MOSP53C20 | CA | 4 | 90 | 1 536,84 | 1 689,84 | [redacted] | [redacted] |
| SUPREME SYNTHETIC 5W-30 (4x5 l) CASE | MOSYN53C20 | CA | 4 | 120 | 2 026,80 | 2 230,80 | [redacted] | [redacted] |
| TRAXON XL SYNTHETIC BLEND 75W-90 (20 l) PAIL | TRXL759P20 | CA | 1 | 32 | 556,61 | 602,05 | [redacted] | [redacted] |
| SUPREME SYNTHETIC 5W-30 (4x4 l) CASE | MOSYN53C16 | CA | 4 | 40 | 540,48 | 592,48 | [redacted] | [redacted] |
| PALLET | | | 36 | | | 634,63 | [redacted] | [redacted] |
| | | | **TOTAL:** | **408** | **21 957,73** | **24 788,00** | [redacted] | [redacted] |

**Terms of payment:** PAYMENT TILL May 4, 2022

**Bank details:** GLOBAL TRADE AND SERVICE, 1600 Sheepshead Bay Road, Suite 100, Brooklyn, NY 11235
TD Bank, 2700 Coney Island Avenue, Brooklyn, NY 11235, Tel. 718.616.2200, ABA 026013673

**INVOICE No:** LG/21-121

**DATE** December 27, 2021

**Seller:**

GLOBAL TRADE AND SERVICE
1600 Sheepshead Bay Road, Suite 100
Brooklyn, NY 11235

**Buyer/Consignee:**

LUBRI GROUP LLC
Ul. Ochakovskaya B., D.47A
C.1, P.12, Moscow, Russia
Tel: [redacted]

**Contract No:** 1-08/18GTS August 2, 2018
**Terms of Delivery:** CPT St. Petersburg
**Container No:** TLLU4782049

| Description | Product code | Country of origin | Unit per package | Packages | NET weight (KG) | GROSS weight (KG) | Price per package USD | Amount USD |
|---|---|---|---|---|---|---|---|---|
| ATF D3M (205 l) DRUM | ATFD3MDRM | CA | 1 | 4 | 701,10 | 773,26 | [redacted] | [redacted] |
| DEXRON VI ATF (4x4 l) CASE | DEX6C16 | CA | 4 | 40 | 541,44 | 593,44 | [redacted] | [redacted] |
| DURON HP 15W-40 (205 l) DRUM | DHP15DRM | CA | 1 | 40 | 7 143,02 | 7 864,62 | [redacted] | [redacted] |
| DURON UHP 5W-40 (205 l) DRUM | DUHP54DRM | CA | 1 | 40 | 7 006,90 | 7 728,50 | [redacted] | [redacted] |
| HYDREX XV ALL SEASON (205 l) DRUM | HDXASDRM | CA | 1 | 4 | 696,02 | 768,18 | [redacted] | [redacted] |
| PRECISION XL EP00 (17 kg) PAIL | PXL00P17 | CA | 1 | 48 | 816,00 | 878,84 | [redacted] | [redacted] |
| PRECISION XL EP1 (17 kg) PAIL | PXL1P17 | CA | 1 | 16 | 272,00 | 292,95 | [redacted] | [redacted] |
| PRECISION XL EP2 (10x400 gr) CASE | PXL2C30 | CA | 30 | 50 | 600,00 | 697,50 | [redacted] | [redacted] |
| SUPREME SYNTHETIC 0W-20 (4x5 l) CASE | MOSYN02C20 | CA | 4 | 30 | 506,76 | 549,36 | [redacted] | [redacted] |
| SUPREME SYNTHETIC 5W-30 (4x4 l) CASE | MOSYN53C16 | CA | 4 | 120 | 1 621,44 | 1 777,44 | [redacted] | [redacted] |
| SUPREME SYNTHETIC 5W-30 (4x5 l) CASE | MOSYN53C20 | CA | 4 | 120 | 2 026,80 | 2 230,80 | [redacted] | [redacted] |
| PALLET | | | 36 | | | 663,11 | [redacted] | [redacted] |
| | | | **TOTAL:** | **512** | **21 931,48** | **24 818,00** | [redacted] | [redacted] |

**Terms of payment:** PAYMENT TILL March 23, 2022

**Bank details:** GLOBAL TRADE AND SERVICE, 1600 Sheepshead Bay Road, Suite 100, Brooklyn, NY 11235
TD Bank, 2700 Coney Island Avenue, Brooklyn, NY 11235, Tel. 718.616.2200, ABA 026013673

GLOBAL TRADE AND SERVICE CORPORATE SEAL 2018 NEW JERSEY * USA *

**INVOICE No:** LG/21-122

**DATE** January 11, 2022

**Seller:**

GLOBAL TRADE AND SERVICE
1600 Sheepshead Bay Road, Suite 100
Brooklyn, NY 11235

**Buyer/Consignee:**

LUBRI GROUP LLC
Ul. Ochakovskaya B., D.47A
C.1, P.12, Moscow, Russia
Tel: [redacted]

**Contract No:** 1-08/18GTS August 2, 2018
**Terms of Delivery:** CPT St. Petersburg
**Container No:** OOCU8521990

| Description | Product code | Country of origin | Unit per package | Packages | NET weight (KG) | GROSS weight (KG) | Price per package USD | Amount USD |
|---|---|---|---|---|---|---|---|---|
| ATF D3M (205 l) DRUM | ATFD3MDRM | CA | 1 | 4 | 701,10 | 773,26 | [redacted] | [redacted] |
| DURON SHP 10W-30 (20 l) PAIL | DSHP13P20 | CA | 1 | 32 | 552,13 | 597,57 | [redacted] | [redacted] |
| DURON UHP 0W-30 (205 l) DRUM | DUHP03DRM | CA | 1 | 8 | 1 384,49 | 1 528,81 | [redacted] | [redacted] |
| DURON UHP 10W-40 (205 l) DRUM | DUHP14DRM | CA | 1 | 40 | 7 067,58 | 7 789,18 | [redacted] | [redacted] |
| DURON UHP 5W-40 (12x1 l) CASE | DUHP54C12 | CA | 12 | 48 | 492,20 | 540,72 | [redacted] | [redacted] |
| SENTRON LD 5000 (205 l) DRUM | STN5LDDRM | CA | 1 | 40 | 7 205,34 | 7 926,94 | [redacted] | [redacted] |
| SUPREME 5W-30 (4x5 l) CASE | MOSP53C20 | CA | 4 | 120 | 2 049,12 | 2 253,12 | [redacted] | [redacted] |
| SUPREME SYNTHETIC 0W-20 (4x5 l) CASE | MOSYN02C20 | CA | 4 | 30 | 506,76 | 549,36 | [redacted] | [redacted] |
| SUPREME SYNTHETIC 5W-30 (4x5 l) CASE | MOSYN53C20 | CA | 4 | 120 | 2 026,80 | 2 230,80 | [redacted] | [redacted] |
| PALLET | | | 36 | | | 623,24 | [redacted] | [redacted] |
| | | | TOTAL: | 442 | 21 985,52 | 24 813,00 | [redacted] | [redacted] |

**Terms of payment:** PAYMENT TILL March 30, 2022

**Bank details:** GLOBAL TRADE AND SERVICE, 1600 Sheepshead Bay Road, Suite 100, Brooklyn, NY 11235
TD Bank, 2700 Coney Island Avenue, Brooklyn, NY 11235, Tel. 718.616.2200, ABA 026013673

GLOBAL TRADE AND SERVICE CORPORATE SEAL 2018 NEW JERSEY USA

**INVOICE No:** LG/21-123

**DATE** January 11, 2022

**Seller:**

GLOBAL TRADE AND SERVICE
1600 Sheepshead Bay Road, Suite 100
Brooklyn, NY 11235

**Buyer/Consignee:**

LUBRI GROUP LLC
Ul. Ochakovskaya B., D.47A
C.1, P.12, Moscow, Russia
Tel: [redacted]

**Contract No:** 1-08/18GTS August 2, 2018
**Terms of Delivery:** CPT St. Petersburg
**Container No:** OOCU8207823

| Description | Product code | Country of origin | Unit per package | Packages | NET weight (KG) | GROSS weight (KG) | Price per package USD | Amount USD |
|---|---|---|---|---|---|---|---|---|
| DURON HP 15W-40 (205 l) DRUM | DHP15DRM | CA | 1 | 40 | 7 143,02 | 7 864,62 | [redacted] | [redacted] |
| DURON SHP 10W-30 (205 l) DRUM | DSHP13DRM | CA | 1 | 40 | 7 074,14 | 7 795,74 | [redacted] | [redacted] |
| DURON UHP 10W-40 (4x4 l) CASE | DUHP14C16 | CA | 4 | 40 | 551,62 | 603,62 | [redacted] | [redacted] |
| HYDREX AW 46 (20 l) PAIL | HDXAW46P20 | CA | 1 | 16 | 277,12 | 299,84 | [redacted] | [redacted] |
| HYDREX EXTREME (205 l) DRUM | HDXEXTDRM | CA | 1 | 8 | 1 397,12 | 1 541,44 | [redacted] | [redacted] |
| PURITY FG1 (10x400 gr) CASE | PFG1C30 | CA | 30 | 2 | 24,00 | 27,90 | [redacted] | [redacted] |
| SUPREME 5W-30 (4x4 l) CASE | MOSP53C16 | CA | 4 | 40 | 546,44 | 598,44 | [redacted] | [redacted] |
| SUPREME SYNTHETIC 0W-30 (12x1 l) CASE | MOSYN03C12 | CA | 12 | 48 | 485,40 | 533,93 | [redacted] | [redacted] |
| SUPREME SYNTHETIC 5W-30 (4x4 l) CASE | MOSYN53C16 | CA | 4 | 140 | 1 891,68 | 2 073,68 | [redacted] | [redacted] |
| SUPREME SYNTHETIC 5W-30 (4x5 l) CASE | MOSYN53C20 | CA | 4 | 90 | 1 520,10 | 1 673,10 | [redacted] | [redacted] |
| PALLET | | | 34 | | | 663,69 | [redacted] | [redacted] |
| | | | **TOTAL:** | **464** | **20 910,64** | **23 676,00** | [redacted] | [redacted] |

**Terms of payment:** PAYMENT TILL March 30, 2022

**Bank details:** GLOBAL TRADE AND SERVICE, 1600 Sheepshead Bay Road, Suite 100, Brooklyn, NY 11235
TD Bank, 2700 Coney Island Avenue, Brooklyn, NY 11235, Tel. 718.616.2200, ABA 026013673

GLOBAL TRADE AND SERVICE CORPORATE SEAL 2018 NEW JERSEY USA

**INVOICE No:** LG/21-124

**DATE** January 17, 2022

**Seller:**

GLOBAL TRADE AND SERVICE
1600 Sheepshead Bay Road, Suite 100
Brooklyn, NY 11235

**Buyer/Consignee:**

LUBRI GROUP LLC
Ul. Ochakovskaya E., D.47A
C.1, P.12, Moscow, Russia
Tel: [redacted]

**Contract No:** 1-08/18GTS August 2, 2018
**Terms of Delivery:** CPT St. Petersburg
**Container No:** OOLU9867962

| Description | Product code | Country of origin | Unit per package | Packages | NET weight (KG) | GROSS weight (KG) | Price per package USD | Amount USD |
|---|---|---|---|---|---|---|---|---|
| DURON SHP 15W-40 (20 l) PAIL | DSHP15P20 | CA | 1 | 32 | 554,37 | 599,81 | [redacted] | [redacted] |
| DURON UHP 10W-40 (205 l) DRUM | DUHP14DRM | CA | 1 | 40 | 7 067,58 | 7 789,18 | [redacted] | [redacted] |
| SENTRON LD 5000 (205 l) DRUM | STN5LDDRM | CA | 1 | 40 | 7 205,34 | 7 926,94 | [redacted] | [redacted] |
| SUPREME 5W-30 (4x4 l) CASE | MOSP53C16 | CA | 4 | 40 | 546,44 | 598,44 | [redacted] | [redacted] |
| SUPREME 5W-30 (4x5 l) CASE | MOSP53C20 | CA | 4 | 120 | 2 049,12 | 2 253,12 | [redacted] | [redacted] |
| SUPREME C3-X SYNTHETIC 5W-30 (4x4 l) CASE | MOSNX53C16 | CA | 4 | 20 | 272,45 | 298,45 | [redacted] | [redacted] |
| SUPREME SYNTHETIC 0W-20 (12x1 l) CASE | MOSYN02C12 | CA | 12 | 24 | 243,25 | 267,51 | [redacted] | [redacted] |
| SUPREME SYNTHETIC 5W-30 (4x5 l) CASE | MOSYN53C20 | CA | 4 | 120 | 2 026,80 | 2 230,80 | [redacted] | [redacted] |
| TRAXON 80W-90 (205 l) DRUM | TR89DRM | CA | 1 | 8 | 1 442,71 | 1 587,03 | [redacted] | [redacted] |
| PURITY FG EP 460 (20 l) PAIL | PFEP460P20 | CA | 1 | 1 | 17,53 | 18,95 | [redacted] | [redacted] |
| TRAXON XL SYNTHETIC BLEND 75W-90 (205 l) DRUM | TRXL759DRM | CA | 1 | 3 | 534,87 | 588,99 | [redacted] | [redacted] |
| PALLET | | | 36 | | | 628,78 | [redacted] | [redacted] |
| | | | TOTAL: | 448 | 21 960,46 | 24 788,00 | [redacted] | [redacted] |

**Terms of payment:** PAYMENT TILL April 6, 2022

**Bank details:** GLOBAL TRADE AND SERVICE, 1600 Sheepshead Bay Road, Suite 100, Brooklyn, NY 11235
TD Bank, 2700 Coney Island Avenue, Brooklyn, NY 11235, Tel. 718.616.2200, ABA 026013673

Anna Barac

GLOBAL TRADE AND SERVICE CORPORATE SEAL 2018 NEW JERSEY USA

**INVOICE No:** LG/21-125

**DATE** January 21, 2022

**Seller:**

GLOBAL TRADE AND SERVICE
1600 Sheepshead Bay Road, Suite 100
Brooklyn, NY 11235

**Buyer/Consignee:**

LUBRI GROUP LLC
Ul. Ochakovskaya B., D.47A
C.1, P.12, Moscow, Russia
Tel: [redacted]

**Contract No:** 1-08/18GTS August 2, 2018
**Terms of Delivery:** CPT St. Petersburg
**Container No:** FFAU3271267

| Description | Product code | Country of origin | Unit per package | Packages | NET weight (KG) | GROSS weight (KG) | Price per package USD | Amount USD |
|---|---|---|---|---|---|---|---|---|
| ATF D3M (205 l) DRUM | ATFD3MDRM | CA | 1 | 4 | 701,10 | 773,26 | [redacted] | [redacted] |
| DURON HP 15W-40 (205 l) DRUM | DHP15DRM | CA | 1 | 40 | 7 143,02 | 7 864,62 | [redacted] | [redacted] |
| DURON SHP 10W-30 (20 l) PAIL | DSHP13P20 | CA | 1 | 32 | 552,13 | 597,57 | [redacted] | [redacted] |
| HYDREX AW 32 (205 l) DRUM | HDXAW32DRM | CA | 1 | 32 | 5 635,70 | 6 212,98 | [redacted] | [redacted] |
| HYDREX XV ALL SEASON (205 l) DRUM | HDXASDRM | CA | 1 | 4 | 696,02 | 768,18 | [redacted] | [redacted] |
| PRECISION XL EP2 (17 kg) PAIL | PXL2P17 | CA | 1 | 16 | 272,00 | 292,95 | [redacted] | [redacted] |
| SUPREME 10W-40 (12x1 l) CASE | MOSP14C12 | CA | 12 | 48 | 496,11 | 544,64 | [redacted] | [redacted] |
| SUPREME 10W-40 (205 l) DRUM | MOSP14DRM | CA | 1 | 8 | 1 412,54 | 1 556,86 | [redacted] | [redacted] |
| SUPREME SYNTHETIC 5W-30 (12x1 l) CASE | MOSYN53C12 | CA | 12 | 72 | 729,65 | 802,44 | [redacted] | [redacted] |
| SUPREME SYNTHETIC 5W-30 (4x4 l) CASE | MOSYN53C16 | CA | 4 | 120 | 1 621,44 | 1 777,44 | [redacted] | [redacted] |
| SUPREME SYNTHETIC 5W-30 (4x5 l) CASE | MOSYN53C20 | CA | 4 | 120 | 2 026,80 | 2 230,80 | [redacted] | [redacted] |
| TRAXON XL SYNTHETIC BLEND 75W-90 (4x4 l) CASE | TRXL759C16 | CA | 4 | 40 | 556,61 | 608,61 | [redacted] | [redacted] |
| PALLET | | | 36 | | | 749,65 | [redacted] | [redacted] |
| | | | TOTAL: | 536 | 21 843,12 | 24 780,00 | [redacted] | [redacted] |

**Terms of payment:** PAYMENT TILL April 13, 2022

**Bank details:** GLOBAL TRADE AND SERVICE, 1600 Sheepshead Bay Road, Suite 100, Brooklyn, NY 11235
TD Bank, 2700 Coney Island Avenue, Brooklyn, NY 11235, Tel. 718.616.2200, ABA 026013673

GLOBAL TRADE AND SERVICE CORPORATE SEAL 2018 NEW JERSEY USA

**SWIFT-сообщение**

{WSLKD223V000B19GD0164UAXRH600701OOB00Y01146 CNMO5K
}{1:F01ALFARUMMXXXX0000000000}{2:I103CHASUS33XXXXN}{3:{108:
1WSLK00015325280}{111:001}{121:2a6511e4-9bee-46c8-8dd8-817e2ab65873}}{4:
:20:WSLKD223V000B19G
:23B:CRED
:32A:220331USD606462,12
:50K:/[redacted]
LUBRI GROUP LLC
UL. BOLSHAYA OCHAKOVSKAYA, D. 47A,
MOSCOW, RUSSIA
ИНН9729273210
:53B:/400130726
:57A:NRTHUS33
:59:/[redacted]
GLOBAL TRADE AND SERVICE, INC 1600
SHEEPSHEAD BAY ROAD, SUITE 100, BRO
OKLYN, NY, 11235
:70:Payment on inv: LG/21-115 (Final pa
ym.-59320.62) LG/21-116-LG/21-124 L
G/21-125 (Partial paym.-19970.00) C
ontract 1-08/18 GTS, 02.08.2018
:71A:OUR
:72:/PPRO/
-}