# Exhibit 3

**From:** Anna Barac <[redacted]@globaltradeandservice.com>
**Sent:** Monday, April 13, 2026 1:45 PM
**To:** OFACLicensing@treasury.gov; [redacted]@treasury.gov
**Cc:** Andrew Astuno <aastuno@seidenlaw.com>
**Subject:** Re: Request for Information: RUSSIA-EO14024-2022-916374-1 (Global Trade and Service)

Good day
Can you please help me with copy of the license request.

---

**From:** OFACLicensing@treasury.gov <OFACLicensing@treasury.gov>
**Sent:** Friday, March 7, 2025 3:04 PM
**To:** Anna Barac <[redacted]@globaltradeandservice.com>
**Subject:** FW: Request for Information: RUSSIA-EO14024-2022-916374-1 (Global Trade and Service)

Hi,

Your application is **PENDING** review.  Unfortunately, there isn't a timeline on any applications that OFAC receive.

Thanks,
OFAC Licensing

---

**From:** Anna Barac [redacted]@globaltradeandservice.com>
**Sent:** Friday, March 7, 2025 1:38 PM
**To:** ofacreports@treasury.gov <ofacreports@treasury.gov>
**Cc:** ofacreport@treasury.gov <ofacreport@treasury.gov>
**Subject:** Fw: Request for Information: RUSSIA-EO14024-2022-916374-1 (Global Trade and Service)

Good day

Since Miranda Kuzela quit working on our file, Megha Jain NEVER responded to our emails!!!
Its been THREE years since our wire that was sent to us, was unlawfully stopped and since that we can't get a normal answer when this money will be given back to us.
Unlawfully, because the bank, we received money from, was sanctioned more than a month

later.
We've been in business before this war for several years, receiving payments for the American products we sold overseas, our product has nothing to do with sanctions. This is a small women operated business and this money is a lifeline for us.
How long does it take to check everything and release our money??? MORE than THREE years!!!

---

**From:** [redacted]@treasury.gov <[redacted]@treasury.gov>
**Sent:** Thursday, December 19, 2024 12:07 PM
**To:** Anna Barac [redacted]@globaltradeandservice.com>
**Cc:** [redacted]@treasury.gov [redacted]@treasury.gov>
**Subject:** RE: Request for Information: RUSSIA-EO14024-2022-916374-1 (Global Trade and Service)

Hi Anna,

Thank you for reaching out. I recently began a temporary duty assignment and will not be working on licensing matters during this time. In the meantime, your case has been reassigned to another Licensing Officer, Megha, CC'd here. At the moment, your case remains in progress as it continues to undergo various reviews and evaluations. Megha will be able to assist you with future status updates and may reach out to you with additional questions if necessary.

Best regards,

Miranda

---

**From:** Anna Barac [redacted]@globaltradeandservice.com>
**Sent:** Thursday, December 19, 2024 10:16 AM
**To:** Kuzela, Miranda [redacted]@treasury.gov>
**Subject:** Re: Request for Information: RUSSIA-EO14024-2022-916374-1 (Global Trade and Service)

** **Caution:** External email from: [redacted]**@globaltradeandservice.com**] Pay attention to suspicious links and attachments. Send suspicious email to suspect@treasury.gov **

Hi Miranda

Any news?

---

**From:** [redacted]@treasury.gov [redacted]@treasury.gov>
**Sent:** Wednesday, July 3, 2024 10:44 AM
**To:** Anna Barac <[redacted]@globaltradeandservice.com>
**Subject:** RE: Request for Information: RUSSIA-EO14024-2022-916374-1 (Global Trade and Service)

Hi Anna,

This case is still going through our processing, so I do not have any updates at this time.

Thank you,

Miranda

---

**From:** Anna Barac [redacted]@globaltradeandservice.com>
**Sent:** Tuesday, July 2, 2024 1:22 PM
**To:** Kuzela, Miranda [redacted]@treasury.gov>
**Subject:** Re: Request for Information: RUSSIA-EO14024-2022-916374-1 (Global Trade and Service)

** **Caution:** External email from: [redacted]**@globaltradeandservice.com**] Pay attention to suspicious links and attachments. Send suspicious email to suspect@treasury.gov **

Hi Miranda

Any news?

---

**From:** [redacted]@treasury.gov <[redacted]@treasury.gov>
**Sent:** Tuesday, February 6, 2024 9:47 AM
**To:** Anna Barac [redacted]@globaltradeandservice.com>

**Subject:** RE: Request for Information: RUSSIA-EO14024-2022-916374-1 (Global Trade and Service)

Hi Anna,

Your case continues to be processed and remains pending. The case will come to a close in due time and will not remain open forever. As noted below, I unfortunately do not have any insight into the timeline on our case backlog. Thank you again for checking in.

Best,

**Miranda Kuzela**

*Sanctions Licensing Officer*

Office of Foreign Assets Control

U.S. Department of the Treasury

---

**From:** Anna Barac [redacted]@globaltradeandservice.com>
**Sent:** Monday, February 5, 2024 7:45 PM
**To:** Kuzela, Miranda [redacted]@treasury.gov>
**Subject:** Re: Request for Information: RUSSIA-EO14024-2022-916374-1 (Global Trade and Service)

**** Caution:** External email from: [redacted]**@globaltradeandservice.com**] Pay attention to suspicious links and attachments. Send suspicious email to suspect@treasury.gov **

Hi Miranda

Another 5 months have passed and no information whatsoever.

Is there a light in the end of the tunnel or should we just forget about our hard earned money?

Anna

On Sep 5, 2023, at 5:05 PM, [redacted]@treasury.gov wrote:

Hi Anna,

Thank you for reaching out. It doesn't appear that there is anything specific to your case that is causing it to be held up, it is simply the backlog here and we do not need any additional information at this time. Unfortunately, I don't have any insight into the timeline on our backlog. In case it is helpful to note, I do not have the authority to sign any determination or close cases myself as a working level employee. I apologize that I do not have any further specifics on the timeline, and as always, appreciate your patience and cooperation in this matter.

Best regards,

Miranda

---

**From:** Anna Barac [redacted]@globaltradeandservice.com>
**Sent:** Monday, September 4, 2023 6:14 AM
**To:** Kuzela, Miranda <[redacted]@treasury.gov>
**Subject:** Re: Request for Information: RUSSIA-EO14024-2022-916374-1 (Global Trade and Service)

** **Caution:** External email. Pay attention to suspicious links and attachments. Send suspicious email to suspect@treasury.gov **

Dear Miranda,

We're once again reaching out to you, as another three months have passed since our last short communication. As you well know, our case / situation has been pending for well over a year now within OFAC system. Our incoming wire transfer has been "held up" since late March of 2022. The funds that we were expecting to receive are quite significant - $606k.

Since this we're not experts in the inner workings of the OFAC and the banking system, we're kindly asking you to provide a bit more details as to what is happening in our case. Whatever you can share, please!

You mentioned in your first letter, you write :

*"This email is in regards to an application submitted to OFAC on behalf of Global Trade and Service, Inc. requesting a license to unblock approximately $606,462.12 currently held by TD Bank. In order to process your application, OFAC requires additional information. If the funds are unblocked, should this payment be processed in accordance with the original wire transfer instructions?*

*If you do not respond within ten business days, your case will be closed without action or prejudice."*

We've provided requested "additional" information right away, and a year has passed since. We are totally in limbo, as we don't have any timelines for our application to be reviewed by OFAC. Perhaps there's some additional information that would should provide?

We completely understand, that due to the horrible war in Ukraine, there's a backlog of applications for review. Nonetheless, there must be some internal outlook, that you can share with us in respect of some approximate timelines. Is there any light at the end of this tunnel?

As we mentioned before, these held up funds, were supposed to be paid by our company to our suppliers. As we previously mentioned, there's pressure from them (vendors/suppliers) for us to pay our outstanding debts. At this time, we are in complete uncertainty, and want to have at least some understanding of our situation. Any additional details, or any further information would be highly appreciated.
If there's anything further that we can provide or explain to speed up a positive resolution, please let us know.

Highly appreciate your efforts.

Kind Regards,

Anna

On Apr 12, 2023, at 10:22 AM, [redacted]@treasury.gov wrote:

Hi Anna,

Thank you for reaching out and apologies for the delay in response. At this time your request is still pending with OFAC and I am unable to provide an estimate as to when a determination may be issued. We appreciate your patience throughout the process.

Best regards,

Miranda

---

**From:** Anna Barac [redacted]@globaltradeandservice.com>
**Sent:** Wednesday, April 12, 2023 10:01 AM
**To:** Kuzela, Miranda <[redacted]@treasury.gov>
**Subject:** Fwd: Request for Information: RUSSIA-EO14024-2022-916374-1 (Global Trade and Service)

**** Caution:** External email. Pay attention to suspicious links and attachments. Send suspicious email to suspect@treasury.gov ****

Good day

Is there anyway to get an answer to my question?

Anna Barac

Global Trade and Service

1600 Sheepshead Bay Rd

Suite 100

Brooklyn, NY 11235

Begin forwarded message:

**From:** Anna Barac <[redacted]@globaltradeandservice.com>
**Date:** March 15, 2023 at 9:26:10 AM EDT
**To:** [redacted]@treasury.gov
**Subject: Re: Request for Information: RUSSIA-EO14024-2022-916374-1 (Global Trade and Service)**

Miranda, good day

We had an "anniversary" a couple of days ago, 1 year since the wire transfer was stopped.

Any news on when and if it will be released yet?

Anna Barac

Global Trade and Service

1600 Sheepshead Bay Rd

Suite 100

Brooklyn, NY 11235

On Nov 22, 2022, at 3:00 PM, [redacted]@treasury.gov wrote:

Hi Anna,

Happy Thanksgiving to you as well! Thank you for reaching out. Your case remains pending at this time. We greatly appreciate your patience with us.

Best,

Miranda

---

**From:** Anna Barac
<[redacted]@globaltradeandservice.com>
**Sent:** Tuesday, November 22, 2022 10:40 AM
**To:** Kuzela, Miranda
<[redacted]@treasury.gov>
**Subject:** Fw: Request for Information: RUSSIA-EO14024-2022-916374-1 (Global Trade and Service)

** **Caution:** External email. Pay attention to suspicious links and attachments. Send suspicious email to suspect@treasury.gov **

Good morning, Miranda

Happy Thanksgiving!!!

Don't want to bother you, but is there any news?

---

**From:** Anna Barac
[redacted]@globaltradeandservice.com>
**Sent:** Thursday, August 11, 2022 2:45 PM
**To:**

[redacted]@treasury.gov <[redacted]@treasury.gov>
**Subject:** Re: Request for Information: RUSSIA-EO14024-2022-916374-1 (Global Trade and Service)

Thank you for your response, and thank you for your help!!!

I owe my suppliers money for the purchased product, and now it's time to pay the bills...

I'll wait as much as needed of course...

---

**From:** [redacted]@treasury.gov <[redacted]@treasury.gov>
**Sent:** Thursday, August 11, 2022 2:03 PM
**To:** Anna Barac [redacted]@globaltradeandservice.com>
**Subject:** RE: Request for Information: RUSSIA-EO14024-2022-916374-1 (Global Trade and Service)

Hi Anna,

Thank you, I hope you're doing well, too. We apologize for the delay in processing, but due to the war in Ukraine, we are experiencing a very large backlog of license applications. Our processing times are much longer than normal, but please know that your case will not be lost or forgotten. Please explain a bit more about what kinds of actions the US suppliers are beginning to take against your company.

Thank you,

**Miranda Kuzela**

*Sanctions Licensing Officer*

Office of Foreign Assets Control

U.S. Department of the Treasury

---

**From:** Anna Barac
[redacted]@globaltradeandservice.com>
**Sent:** Tuesday, August 9, 2022 4:18 PM
**To:** Kuzela, Miranda
[redacted]@treasury.gov>
**Subject:** Re: Request for Information: RUSSIA-EO14024-2022-916374-1 (Global Trade and Service)

**** Caution:** External email. Pay attention to suspicious links and attachments. Send suspicious email to suspect@treasury.gov **

Miranda, good day.

Hope everything is good!

Is there a chance for me to receive this funds? My US suppliers are starting to take actions against my company for nonpayment.

Thank you in advance!

Anna Barac

Global Trade and Service

1600 Sheepshead Bay Rd

Suite 100

Brooklyn, NY 11235

On Jul 13, 2022, at 9:48 AM, [redacted]@treasury.gov wrote:

Anna,

Thank you for your prompt response. This is all the information needed at this time, but we will reach out if we require further information. We appreciate your patience as your application continues to be processed.

Best regards,

Miranda

---

**From:** Anna Barac <[redacted]@globaltradeandservice.com>
**Sent:** Wednesday, July 13, 2022 9:38 AM
**To:** Kuzela, Miranda [redacted]@treasury.gov>
**Subject:** Re: Request for Information: RUSSIA-EO14024-

2022-916374-1 (Global Trade and Service)

** **Caution:** External email. Pay attention to suspicious links and attachments. Send suspicious email to suspect@treasury.gov **

Good day

In case of funds being unblocked they will be processed in accordance with the original wire transfer instructions, i.e. as a payment for the products shipped long time ago.

Ready to answer all your questions.

Thank you in advance!

Anna Barac

President

Global Trade and Service

1600 Sheepshead Bay Road,

Suite 100

Brooklyn, NY 11235

> On Jul 13, 2022, at 9:09 AM, [redacted]@treasury.gov wrote:

To whom it may concern:

This email is in regards to an application submitted to OFAC on behalf of Global Trade and Service, Inc. requesting a license to unblock approximately $606,462.12 currently held by TD Bank. In order to process your application, OFAC requires additional information. If the funds are unblocked, should this payment be processed in accordance with the original wire transfer instructions?

If you do not respond within ten business days, your case will be closed without action or prejudice.

Best,

**Miranda Kuzela**

*Sanctions Licensing Officer*

Office of Foreign

Assets Control

U.S. Department of
the Treasury