CO-386
10/2018

# United States District Court
# For the District of Columbia

GLOBAL TRADE AND SERVICE, INC.

               Plaintiff

vs

UNITED STATES DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL,

               Defendant

)
)
)
)
)
)
)
)
)
)
)

Civil Action No.__26-cv-02172_____

### CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for __GLOBAL TRADE AND SERVICE, INC.__ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of __GLOBAL TRADE AND SERVICE, INC.__ which have

any outstanding securities in the hands of the public:

GLOBAL TRADE AND SERVICE, INC. is a privately held corporation organized and existing under the laws of the State of New York

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*Andrew J. Astuno*
Signature

1028414
BAR IDENTIFICATION NO.

Andrew J. Astuno
Print Name

1701 Pennsylvania Avenue NW, Suite 200,
Address

Washington, DC 20006
City       State      Zip Code

(202) 248-5402
Phone Number