UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

GLOBAL TRADE AND SERVICE, INC.

*Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL,

*Defendant*.

Case No.: 1:26-cv-02172-RC

**DECLARATION OF SERVICE**

I, Xintong Zhang, hereby declare as follows:

1. I am a senior associate at Seiden Law, the counsel for the Plaintiff, Global Trade and Service, Inc ("GTS").

2. On June 18, 2026, GTS commenced the above-caption action in the U.S. District Court for the District of Columbia. On June 22, 2026, the Court issued signed summons for services. On June 23, 2026, I mailed the summons and a copy of the complaint with the exhibits on the U.S. Attorney for the District of Columbia, the U.S. Attorney General and Defendant U.S. Department of the Treasury, Office of Foreign Assets Control.

3. Service was effected by Certified U.S. Mail, return-receipt requested, on the U.S. Attorney for the District of Columbia, the U.S. Attorney General, and the Defendant U.S. Department of the Treasury, Office of Foreign Assets Control.

4. According to an email confirmation from USADC.ServiceCivil@usdoj.gov, service of process was effected on the U.S. Attorney for the District of Columbia, c/o Civil Process Clerk, on June 23, 2026. In addition, the USPS certified mail return receipt confirms that the

summons and complaint, together with exhibits, were served on the U.S. Attorney for the District of Columbia, Civil Process Clerk, at 601 D Street NW, Washington, DC 20530, on June 26, 2026.

5. According to the USPS certified mail return receipt, the summons and complaint, together with exhibits, were served on the U.S. Attorney General at 950 Pennsylvania Avenue NW, Washington, DC 20530, on June 26, 2026.

6. According to the USPS tracking system, the summons and complaint, together with exhibits, were served on Defendant U.S. Department of the Treasury, Office of Foreign Assets Control, 1500 Pennsylvania Avenue, NW, Washington, DC 20220, on June 26, 2026

7. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
July 1, 2026

By: *<u>/s/ Xintong Zhang</u>*
Xintong Zhang