**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GLOBAL TRADE AND SERVICE, INC.<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL,<br><br>*Defendants*. | Civil Action No. 26-2172 (RC) |

**<u>NOTICE OF APPEARANCE</u>**

PLEASE TAKE NOTICE that Pierce J. Anon enters his appearance as counsel for Defendant in this matter.

Dated: August 14, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

STEPHEN M. ELLIOTT
Assistant Branch Director
Federal Programs Branch

*<u>/s/ Pierce J. Anon</u>*
PIERCE J. ANON
(N.Y. Bar No. 6184303)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
(202) 305-7573
pierce.anon@usdoj.gov

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I, Pierce J. Anon, hereby certify that on August 14, 2026, I electronically filed the foregoing using the Court's CM/ECF system, which automatically serves this document upon all counsel of record, in keeping with LCvR 5.4(d).

*/s/ Pierce J. Anon*
Pierce J. Anon

*Counsel for Defendant*